NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAPS NAPLES, LLC,                               )
                                                )
    Appellant/Cross-Appellee,                   )
                                                )
v.                                              )        Case No.  2D17-1266
                                                )
JAMES DeVITO, individually, and                 )
ELIZABETH DeVITO, individually,                 )
                                                )
    Appellees,                                  )
                                                )
and                                             )
                                                )
THE MERCATO, LLP, a Florida limited             )
liability partnership; MERCATO                  )
NAPLES I, LLC, a Delaware limited               )
liability company and managing                  )
partner; COLLIER LUTGERT                        )
COMMERCIAL PROPERTIES, LLP, a                    )
Florida limited liability partnership and       )
former managing partner; MADISON                )
LUTGERT, LLC, a Florida limited                 )
liability company and managing partner;         )
and PR MERCATO, LLC, a Delaware                 )
limited liability company;                      )
                                                )
    Appellees/Cross-Appellants.                 )
_____ )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Duane A. Daiker, C. Philip Campbell, Jr.,
and Timothy C. Garding of Shumaker, Loop
& Kendrick, LLP, Tampa, for Appellant/
Cross-Appellee Taps Naples, LLC.

Scott Stevenson of Wong Fleming, Atlanta, Georgia, for Appellee/Cross-Appellant PR Mercato, LLC.

Robert G. Menzies of Fisherbroyles, LLP, Naples, for Appellees/Cross-Appellants The Mercato, LLP; Mercato Naples I, LLC; Collier Lutgert Commercial Properties, LLP; and Madison Lutgert, LLC.

No appearance for remaining Appellees.


PER CURIAM.


Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.